**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

KIMBERLY ANTHONY,

      *Plaintiff*,

v.

AASHNA CHOUDARY, PATRICIA HENDERSON, ELIZABETH BREZINSKI, GAF

      *Defendants*,

Civil Action No. 19-cv-17074

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons expressed in the accompanying Opinion, and for good cause shown,

    **IT IS** on this 2nd day of December, 2020,

    **ORDERED** that Defendants' motion to dismiss, D.E. 11, Plaintiff's Complaint, D.E. 1, is **GRANTED in part and DENIED in part**; and it is further

    **ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice** in its entirety as against Defendants Aashna Choudary, Patricia Henderson, Elizabeth Brezinski; and it is further

    **ORDERED** that Defendants' motion is otherwise **DENIED**; and it is further

    **ORDERED** that Plaintiff has thirty (30) days to file an amended complaint, if she so chooses, consistent with the accompanying Opinion.[1]  If Plaintiff fails to file an amended

---

[1] Consistent with the accompanying Opinion, when Plaintiff files the amended complaint, she should change the references from Defendant GAF to Building Materials Manufacturing Corporation ("BMMC").  If accurate, Plaintiff is free to indicate that BMMC does business as GAF.

2

complaint, the dismissal of Defendants Aashna Choudary, Patricia Henderson, Elizabeth Brezinski will be with prejudice.

Dated: December 2, 2020

_____
John Michael Vazquez, U.S.D.J.